UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-269-1F

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DONALD MARK WINBORNE | |

On motion of the Defendant, Donald Mark Winborne, and for good cause shown, it is hereby ORDERED that the **[DE38]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 28 day of May, 2015.

*Signature: James C. Fox*

JAMES C. FOX
Senior United States District Judge